ALTENBERND, Judge,
Specially concurring.
The property that was stolen in this case was never recovered. There is evidence that it was discarded when Mr. Colletti and others were returning to West Palm Beach after the events in Lee County. I think this is an appropriate case to permit the jury to rely on the replacement value. It seems obvious to me that it would cost more than $100 to replace an iPhone, a wall safe, and the other items. But in light of the supreme court’s recent decision in Marrero v. State, 71 So.3d 881 (Fla. 2011), I must concur in the decision to discharge Mr. Colletti, even though Jackson v. State, 413 So.2d 112 (Fla. 2d DCA 1982), was the law in this district at the time the case was tried. I fully agree that the State failed to prove any “endeavor” theory to establish value in this case.